F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 14 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03138-BNB

MARIO VALENZUELA,

    Applicant,

v.

SUSAN JONES, Warden CSP, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER OF DISMISSAL

Applicant, Mario Valenzuela, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On June 7, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Valenzuela to show cause within thirty days why the Application should not be denied as a mixed petition for failure to exhaust state court remedies. Mr. Valenzuela has failed to file a Response to Magistrate Judge Boland's Order to Show Cause within the time allowed.

Upon review of the file and Magistrate Judge Boland's June 7 Order, the Court finds that the Application is a mixed petition and is subject to dismissal. The Court, therefore, will deny the Application as a mixed petition and dismiss the action without prejudice. Mr. Valenzuela is reminded that even though the instant action currently is timely under 28 U.S.C. § 2244(d) does not mean that any future action filed by Mr. Valenzuela will be timely. Accordingly, it is

ORDERED that Application is denied as a mixed petition for failure to exhaust state court remedies and the action is dismissed without prejudice in favor of Respondents and against Applicant. It is

FURTHER ORDERED that no certificate of appealability will issue because Mr. Valenzuela has not made a substantial showing that jurists of reason would find it debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit.

DATED at Denver, Colorado, this __14th__ day of ___July___, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03138-BNB

Mario Valenzuela
Prisoner No. 89089
Colo. State Penitentiary
P.O. Box 777
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on July 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk